AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of New York

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| **v.** | ) |
| | )    Case No.   1:26-MJ-144(PJE) |
| **JUAN CARLOS LOJA-SIGCHO,** | ) |
| | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

> U.S. DISTRICT COURT – N.D. OF N.Y.
> # FILED
> ### Jun 23 - 2026
> John M. Domurad, Clerk

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of September 8, 2021, in the county of Albany in the Northern District of New York the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal re-entry |

This criminal complaint is based on these facts:

☒    Continued on the attached sheet.

_____
*Complainant's signature*

Joseph N. Koehanskyj, HSI Special Agent
_____
*Printed name and title*

Attested to by the Affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: _____6/23/2026_____

_____
*Judge's signature*

City and State:    Albany, New York

Hon. Paul J. Evangelista, U.S. Magistrate Judge
_____
*Printed name and title*

## Affidavit in Support of Criminal Complaint

I, **Joseph N. Kochanskyj,** having been first duly sworn, do hereby depose and state as follows:

1. I am a Special Agent with the U.S. Immigration and Customs Enforcement Office of Homeland Security Investigations (HSI). In this role, I have participated in numerous investigations involving violations of the Immigration and Nationality Act, including those involving illegal entry and fraudulent documents.

2. The statements contained in this affidavit are based upon my investigation, information provided by other law enforcement officers, and on my experience and training. As this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the requested complaint and arrest warrant.

3. On September 8, 2021, Juan Carlos Loja-Sigcho ("Loja"), a citizen and national of Ecuador, was encountered by Immigration and Customs Enforcement – Enforcement Removal Office ("ICE-ERO") in Albany, New York.

4. Department of Homeland Security database checks reveal the following:

   a. Loja was arrested by Customs and Border Protection ("CBP") U.S. Border Patrol ("USBP") near Laredo, TX on July 17, 2012, was processed for expedited removal, and was removed to Mexico through Calexico, CA on July 27, 2012.

   b. On August 5, 2012, Loja was arrested by USBP near Naco, AZ, processed for a reinstatement of his prior removal order, and subsequently removed from the United States to Ecuador on September 7, 2012.

   c. Loja is not a legal permanent resident of the United States and is a citizen of Ecuador.

   d. Loja did not obtain the express consent of the Attorney General of the United States or his successor, the Secretary of Homeland Security, to reapply for admission to the United States prior to his re-entry and being found in the United States on September 8, 2021.

Attested by the affiant.

Joseph Kochanskyj
HSI Special Agent

I, the Honorable Paul J. Evangelista, United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant on June 23, 2026, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

_____
Hon. Paul J. Evangelista
United States Magistrate Judge

3